UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:   20-15391
McKinley Dunigan  )
 )
 )  Chapter:  13
 )  Honorable David D. Cleary
 )
 )
Debtor(s)  )

**Order Dismissing Case for Unreasonable Delay**

This matter coming before the Court on Trustee's Motion to Dismiss for Unreasonable Delay, the Court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

This case is dismissed.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  November 02, 2020

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300